UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                          :         CASE NO 11-59382
    Tyneshia R. Edmondson                               CHAPTER 13
                                                :         JUDGE CALDWELL

    DEBTOR(S)                                   :

## CHANGE OF MAILING ADDRESS NOTIFICATION

NAME OF PARTY TO BE CHANGED:           Tyneshia R. Edmondson

FORMER MAILING ADDRESS:                531 Linwood Avenue Columbus, OH 43205

NEW ADDRESS:                           1431 Oak Street Columbus, OH 43205


DATE: July 6, 2015                     */s/ Courtney A. Cousino*
                                       Courtney A. Cousino (0082136)
                                       Attorney for Debtor
                                       Fesenmyer Law Offices, LLC
                                       1335 Dublin Rd., Suite 205C
                                       Columbus, OH 43215
                                       (614) 228-4435
                                       (614) 228-3882 *fax*
                                       *courtney@fesenmyerlaw.com*

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing CHANGE OF MAILING ADDRESS NOTIFICATION was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this _____ day of _____ 2015.

*Via Electronic Notification:*

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Frank M Pees    trustee@ch13.org

*and Via Regular U.S. Mail:*

Tyneshia R. Edmondson
1431 Oak Street
Columbus, OH 43205


                                                    /s/ *Courtney A. Cousino*
                                                    Courtney A. Cousino
                                                    Attorney for Debtor(s)
                                                    1335 Dublin Rd., Suite 205C
                                                    Columbus, OH 43215
                                                    614.228.4435
                                                    614.228.3882 *fax*
                                                    *courtney@fesenmyerlaw.com*